No. 9783. In re JOHN WALLACE KELLEY.

306 Pac. (2d) 1109.

Decided Feb. 4, 1957.

Per Curiam.

Prohibition. The writ applied for is denied and the proceeding dismissed, without prejudice to making application to a proper trial court having jurisdiction for the relief sought. See State ex rel. Myersick v. District Court, 53 Mont. 450, 164 Pac. 546.